1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
   DAVID B. DORNAK, ESQ.
3  Nevada Bar No. 6274
4  300 South Fourth Street
   Suite 1500
5  Las Vegas, NV 89101
   Telephone: (702) 252-3131
6  Facsimile: (702) 252-7411
7  E-Mail Address: ddornak@laborlawyers.com

8  Attorneys for Defendants

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ERIKO YUTANI, | ) CASE NO. 2:16-cv-00185-GMN-GWF |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
|  | ) **EXTEND TIME TO RESPOND TO** |
| CASINO JOB CENTER, INC.; JACE MANDE an individual; EMPLOYEE(S)/ AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive; | ) **COMPLAINT** |
|  | ) (First Request) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants Casino Job Center, Inc. and Jace Mande will have an extension of time from February 16, 2016 to and including **February 23, 2016** to file its responsive pleading to Plaintiff's Complaint on file herein. An extension is necessary because Defendants' counsel needs additional time to research the allegations in the Complaint.

/ / /

/ / /

/ / /

/ / /

FPDOCS 31445268.1

- 1 -

FISHER & PHILLIPS LLP
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101

This is the parties' first request for an extension and is not made for purposes of delay.

Dated this 16th day of February, 2016

JEFFREY GRONICH, ATTORNEY AT LAW, P.C.

By: /s/ Jeffrey Gronich, Esq.
    Jeffery Gronich, Esq.
    1810 E. Sahara Ave., Suite 109
    Las Vegas, Nevada 89104
    Attorneys for Plaintiff

Dated this 16th day of February, 2016

FISHER & PHILLIPS LLP

By: /s/ David B. Dornak, Esq.
    300 South Fourth Street
    Suite 1500
    Las Vegas, NV 89101
    Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: February 17, 2016

FISHER & PHILLIPS LLP
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 31445268.1

- 2 -