JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:   (702) 430-6896
Fax:   (702) 369-1290
jgronich@gronichlaw.com
*Attorney for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ERIKO YUTANI an individual;<br><br>Plaintiff,<br>vs.<br><br>CASINO JOB CENTER, INC.; JACE MANDE an individual; EMPLOYEE(S) / AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No. 2:16-cv-00185-GMN-GWF<br><br>**STIPULATION AND ORDER TO CHANGE DATE OF EARLY NEUTRAL EVALUATION**<br>**(First Request)** |

Plaintiff Eriko Yutani ("Plaintiff") and Defendants Casino Job Center, Inc. and Jace Mande (collectively "Defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

1. This matter was originally scheduled for an Early Neutral Evaluation ("ENE") on May 6, 2016. *See* Dkt. #9.

2. Unfortunately, Plaintiff has a conflict with her university studies and has a final exam scheduled for that date which cannot be moved. This will prohibit her from attending the ENE on the current scheduled date.

///

///

///

Page 1 of 2

3. Counsel for both parties have met and conferred and agreed to vacate and continue the ENE to July 27, 2016, or a date convenient with the Court's schedule

| | |
|---|---|
| Dated: April 22, 2016 | Dated: April 22, 2016 |
| Respectfully submitted, | Respectfully submitted, |
| By: _/s/ Jeffrey Gronich, Esq._<br>Jeffrey Gronich, Esq.<br>Jeffrey Gronich, Attorney at Law, P.C.<br>1810 E. Sahara Ave, Suite 109<br>Las Vegas, NV 89104 | By: _/s/ David B. Dornak, Esq._<br>Scott M. Mahoney, Esq.<br>David B. Dornak, Esq.<br>Fisher & Phillips LLP<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation is reset to July 27, 2016.

IT IS FURTHER ORDERED that Plaintiff shall report to the chambers of the undersigned magistrate judge, Room 3014, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada at 8:30 a.m. Defendant shall report to the chambers of the undersigned at 9:00 a.m.

IT IS FURTHER ORDERED that the parties shall submit their written evaluation statements to the undersigned's chambers, Room 3014, no later than 12:00 p.m. on July 22, 2016.

DATED: April 25, 2016

_____
United States Magistrate Judge